UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID L. KENEIPP, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No.: 4:15-CV-565-JED-TLW |
| | § |
| MVM, INC., | § |
| | § |
| Defendant. | § |

## AGREED STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff, David L, Keneipp, hereby stipulates to a dismissal with prejudice of all his claims against Defendant MVM, Inc.

Respectfully submitted this 7th day of September, 2017.

Respectfully submitted,

/s/ John W. Griffin, Jr.
John Griffin, Jr.
Texas Bar No. 08460300
Michael J. Neuerburg
Texas Bar No. 24075562
203 North Liberty Street
Victoria, Texas 77901
(361) 573-5500
Fax (361) 573-5040

Katherine L. Butler
Texas Bar No. 03526300
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
Fax (888) 370-5038

Michael D. McGrew, OBA #13167

1

>223 North 3rd Street, No. 206
>Muskogee, Oklahoma 74401
>(918) 684-4321
>Fax (918) 684-4322
>
>Counsel for the Plaintiff

AGREED:

*/s/ Steven L. Rahhal    (by permission)*
Steven L. Rahhal
OBA No. 16473990
srahhal@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served upon the defendant via the electronic filing system of the United States District Court for the Northern District of Oklahoma on September 7, 2017.

>/s/ John W. Griffin, Jr.
>John W. Griffin, Jr.